131 A.3d 408

IN THE MATTER OF JOHN J. O'HARA, III, AN ATTORNEY
AT LAW (ATTORNEY NO. 020292005).

March 1, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–136, recommending on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent) that **JOHN J. O'HARA, III,** of **DENVILLE,** who was admitted to the bar of this State in 2005, and who has been temporarily suspended from the practice of law since September 4, 2014, be disbarred for multiple violations of *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep a client reasonably informed about the status of the matter), *RPC* 1.4(c) (failure to permit a client to make informed decisions regarding the representation), *RPC* 3.4(c) (knowingly disobeying an obligation under the *Rules* of a tribunal), *RPC* 5.5(a)(1) (practicing law while suspended), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And **JOHN J. O'HARA, III,** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **JOHN J. O'HARA, III,** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that the entire record of this matter, be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **JOHN J. O'HARA, III,** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that **JOHN J. O'HARA, III,** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.